IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL RYAN, | * |
| | * |
|     Plaintiff, | * |
| | *   CASE NO.: 8:16-cv-00278 (CBD) |
| v. | * |
| | * |
| INNOFACE SYSTEMS, INC., AND | * |
| | * |
| IVAN S. COLLINS, | * |
| | * |
|     Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION TO STAY DISCOVERY**

Pursuant to Fed. R. Civ. P. 26, Defendants Innoface Systems, Inc. *et al.* move this Honorable Court to stay discovery in this case for thirty (30) days to allow the parties to continue their efforts to resolve this matter via settlement. A stay is appropriate in this case because the settlement discussions may obviate the need for further discovery.

Pursuant to Local Rule 105, the undersigned discussed the subject motion with opposing counsel, who consented to the relief requested herein. A proposed Order is attached hereto.

Defendants' Rely on the memorandum and authorities stated herein in support of their motion.

WHEREFORE, Defendants respectfully request that this Honorable Court grant the Consent Motion to Stay Discovery.

Respectfully submitted,
Law Office of Janice Williams-Jones

*/S/ Janice Williams-Jones*
Janice Williams-Jones (#25701)
3545 Ellicott Mills Drive, Suite 308
Ellicott City, Maryland 21043
Ph: 410-203-1246
Fax: 410-203-2301
jwjones@lawofficeofjanicewilliams-jones.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June 2016, copies of the Consent Motion to Stay Discovery and Order were served via electronic upon:

Philip B. Zipin, Esq.
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, Maryland 20910
E-mail: pzipin@zaglaw.com


*/S/ Janice Williams-Jones*
Janice Williams-Jones (#25701)
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL RYAN,** | * |
| **Plaintiff,** | * |
| v. | * CASE NO.: 8:16-cv-00278 (CBD) |
| **INNOFACE SYSTEMS, INC., AND** | * |
| **IVAN S. COLLINS,** | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendants' Consent Motion to Stay Discovery, it is, by this Court, this _____ day of June 2016,

ORDERED, that Defendants' Consent Motion to Stay Discovery be, and the same hereby is, granted; and it is further

ORDERED, that discovery is stayed for thirty (30) days and will resume thirty (30) days from the entry of this Order.

_____
Hon. Charles B. Day
U.S. District Court of Judge